COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-167-CV

IN RE DAVID L. SMITH RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator's petition for writ of mandamus and/or prohibition and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of mandamus and/or prohibition is denied.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL A: CAYCE, C.J.; LIVINGSTON and HOLMAN, JJ.

DELIVERED:  May 22, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.